IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX L. SORKIN, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO.: H-06-1318 |
| DAYTON SUPERIOR CORPORATION AND SOUTH COAST STEEL SERVICE, INC., | : : | |
| Defendants. | : | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

After considering Defendant South Coast Steel Service, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and the response, the Court

GRANTS the motion and dismisses Plaitniff's suit without prejudice to refiling in another jurisdiction and retains the case as to the remaining Defendant, Dayton Superior Corporation.

SIGNED _____

_____
U.S. DISTRICT JUDGE


APPROVED AND ENTRY REQUESTED

BRACEWELL & GIULIANI LLP

By: _____
Mark E. Lewis

HOUSTON\1962087.1